NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number  21 cr 592

Dawn Frankowski
            (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[✓] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

                                              (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Pablo deCastro / IL0095
(Attorney & Bar ID Number)

Law Offices of Pablo deCastro
(Firm Name)

53 W. Jackson, Suite 925
(Street Address)

Chicago, IL 60604
(City)          (State)          (Zip)

(312) 690-2626
(Telephone Number)