**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) No.: 21 CR 592 (ABJ) |
| | ) |
| **DAWN FRANKOWSKI,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S SENTENCING MEMORANDUM**

**EXHIBIT 1: CHARACTER LETTERS**

I was asked to say a few words about my friend, Dawn Frankowski.

The first thing that comes to mind is Dawn's sincere generosity and loyalty.  If any of her friends or family need anything, Dawn is always the first to drop everything to help. Many times people will say "if you need anything..." and don't mean it.  In Dawn's case, it's true!!  A friend of ours recently had Covid and couldn't get to Walgreens to buy something to help her feel better.  Dawn dropped everything and drove about 56 miles (roundtrip), which took over an hour and a half out of her day, to help her.  She offered to do the same for me when I was sick!!

Dawn is kind!  She's the type of person who would cry if she ever thought she hurt someone.  She's a gentle soul who would never hurt anyone or anything.  She's got a big heart, and a sincere love for people.

Dawn is respectful and respectable!  And because of this, she has many friends.  I've known Dawn since we were kids.  In the past 5 or so years, our friendship has grown.  She is someone you can depend on, and always there for her friends.  I couldn't ask for a more caring, patient, and sweet friend.

I hope this gives you a glimpse into the Dawn I know.  She truly is a person of integrity, and great moral character.

Sincerely,

*Darla Hale*

708-259-4089
darlahale85@gmail.com

September 21, 2022

To Whom It May Concern;

Reference Dawn Frankowski:

Ms. Frankowski has requested a "Letter of Recommendation" too be presented to the Federal Court System related to her January 6th actions..

My personal experience with Ms. Frankowski has been both occupational and social.  In 2005 I met her when she worked for a Painting Contractor that my company hired to paint a residential property that I was building. I was quite impressed with her dedication to complete my project.  While her boss was very lacks in the performance of the contract, Dawn stepped up to the plate. Although my contract was not with Ms. Frankowski she assured me that the project would be completed properly and within the budget if she had to finish it herself. To my surprise she actually did just that. Since that time, I have used Dawn on many projects and found her to be a person of her word and always completed her commitments in a timely and professional manner.

On a personal note, Dawn is 100% family oriented. She is a devoted Mother and Grandmother. The support she has given her children is enormous. Be it monies, materials and/or labor she has always been there to make sure that her daughters and grandchildren have a very clean, well maintained and loving home. She is always there to pick the boys up from school or baby sit while her daughter (single mom) works to support her family.

Although, Dawn has siblings (brother and sister) I understand that she is the main support and care giver for her elderly mother.

Whatever the courts decide as punishment for Dawn's actions on Jan. 6, please be aware that that punishment will not only be inflicted on Ms. Frankowski, but also on her daughters and her 2 grandchildren.

Thank you, and I hope and pray that you will consider her family responsibilities when sentencing is rendered.

Rubel Builders Inc.

**William A Rubel Sr.**

10120 SW 61st Terrace Road
Ocala, Florida 34476