**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| **vs.** | ) |
| | ) No.:  1: 21 CR 00592-002 |
| **Dawn Frankowski,** | ) Honorable Judge Amy Berman Jackson |
| **Defendant.** | ) |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**NOW COMES, Attorney, PABLO DECASTRO,** the Attorney of Record for the defendant**,** to ask leave of the Court to Withdraw his Appearance in this matter. In support of this motion Counsel states as follows:

1. Counsel was appointed to represent the defendant pursuant to the CJA.

2. Counsel is preparing for a career change and will no longer be a practicing attorney.

3. Counsel expects this change to take effect before he could reasonably expect to fulfill his obligation to his client in this matter. Counsel's withdrawal should not prejudice the defendant at this point. The defendant's probation is scheduled to terminate in less than 90 days, and there have been no violations.  If an unexpected issue should arise, substitute counsel can be appointed.

**WHEREFORE,** appointed **c**ounsel, Pablo deCastro, seeks leave to withdraw as attorney of record.

Respectfully Submitted,

S/Pablo DeCastro/April 10, 2024
**PABLO DECASTRO, ARDC No.** 6224763
53 W. Jackson, Suite 925
Chicago, IL 60604
312-690-2626
pdecastro@attorneydecastro.com; Email

## **VERIFICATION**

    I, Pablo DeCastro, depose and state that I have served a copy of his Motion to Withdraw to the assigned Assistant United States Attorney, VIA ELECTRONICALLY FILING on this 10th day of April, 2024.

                                S/Pablo DeCastro/ April 10, 2024
                                **PABLO DECASTRO, ARDC No.** 6224763
                                53 W. Jackson, Suite 925
                                Chicago, IL 60604
                                312-690-2626
                                pdecastro@attorneydecastro.com; Email